IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL A. PINCHBACK, | § | |
| MCJ PIN NO.105616, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-06-1646 |
| | § | |
| MONTGOMERY COUNTY JAIL, *et al.*, | § | |
| Defendants. | § | |

## DISMISSAL ORDER

For the reasons stated in this Court's Order of Dismissal, this civil action is DISMISSED without prejudice.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on July 27, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE